

 Ar-
gued February 17, 1982. Lindon DiCicco, Assistant Public
Defender, for appellant; Ronald Thomas Williamson, As-
sistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY,
JJ.

Judgment of sentence affirmed.

458 A.2d 264

Commonwealth v. Johnson, Appellant.

Submitted December 7, 1982. Vincent M. Lorusso, for
appellant; Jane Cutler Greenspan, Assistant District Attor-
ney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence is affirmed.

458 A.2d 264

Commonwealth v. Johnson, Appellant.

 Argued January 7,
1983. Colie B. Chappelle, for appellant; A. Sheldon Ko-

vach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.

458 A.2d 264

Commonwealth v. Ljungman, Appellant.

Submitted January 25, 1983. Nils H. Ljungman, appellant, in propria persona; Merril W. Kerlin, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Appeals quashed.

458 A.2d 265

Commonwealth v. Majors, Appellant.

Submitted September 9, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.